Lasharon MATTHEWS,
Plaintiff–Appellant,

v.

TALCON, INC., a Texas corporation authorized to do business in Florida, Aerial & Underground Telecommunications, Inc., a Texas corporation authorized to do business in Florida, Defendants–Appellees.

No. 05–10528.
D.C. Docket No. 03–00325–
CV–FTM–33–DNF.

United States Court of Appeals,
Eleventh Circuit.

March 8, 2006.

Samuel C. Gold, Marco Island, FL, for Plaintiff–Appellant.

John Wilson Bolanovich, Bogin Munns & Munns, PA, Orlando, FL, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, ANDERSON and FAY, Circuit Judges.

PER CURIAM:

Under the particular circumstances of this case, we cannot conclude that the attorney's signature on the charge is sufficient; nor can we conclude that this potentially technical deficiency has been cured in this case.

Accordingly, the judgment of the district court is

AFFIRMED.